June 29, 2007

Mr. Armando Ramos Sr.
Coffield Unit #544522
Route #1, PO Box 150
Tennessee Colony, TX 75884

Mr. Roger A. Berger
Uzick Oncken Scheuerman & Berger
238 Westcott
Houston, TX 77007
Mr. Mark Ralls
Gonzales Hoblit Ferguson, L.L.P.
700 N. Saint Mary's St., Ste 1800
San Antonio, TX 78205

RE: Case Number: 06-0336
 Court of Appeals Number: 13-05-00204-CV&13-05-00205-CV
 Trial Court Number: 2005-02-1104-G

Style: ARMANDO RAMOS, SR., ET AL.
 v.
 DR. IAN RICHARDSON & VALLEY BAPTIST MEDICAL CENTER, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. Pursuant to Texas Rule
of Appellate Procedure 59.1, after granting the petition for review and
without hearing oral argument, the Court reverses the court of appeals'
judgment and renders judgment.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy Wilborn |
| |Ms. Aurora De La |
| |Garza |